**Rocky Lee STALEY, Petitioner–
Appellant,**

v.

**Joyce K. CONLEY, Respondent–
Appellee.**

**No. 01–6352.**

United States Court of Appeals,
Fourth Circuit.

Submitted June 21, 2001.

Decided June 29, 2001.

---

Rocky Lee Staley, pro se. Clarence Joe DelForge, III, Office of the Attorney General of North Carolina, Raleigh, NC, for appellee.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Rocky Lee Staley seeks to appeal the magistrate judge's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000).* We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the magistrate judge. *See Staley v. Conley*, No. CA–00–828–1 (M.D.N.C. filed Jan. 25, 2001; entered Jan. 26, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

* The parties consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c) (1994).